99cr10

To: The Honorable Cheif Judge Farnan
From: Rangi O. Knight
RE: Computation of Sentence
Date: 11-25-05



    I need your help the sentence you imposed on 2-7-02 is not being computed correctly. The BOP refuses to grant me credit for A fully concurrent sentence. Their stance is that A judge doesn't have the authority to grant anyone credit for time served on A state sentence prior to the date A federal sentence was imposed. My state sentence was imposed on 7-2-98 and my initial federal sentence was imposed on 7-20-99. The BOP is computating my sentence from 7-20-99 instead 7-2-98. On 2-7-02 you ordered that my sentence be ran concurrent to the sentence imposed by the Superior Court of Delaware on 7-2-98. Please help me get this mistake correctly handled. My attorney at sentencing was Mr. Raymond Radulski, Esq.

    I've followed all the rules in the BOP and participated in numerous self help groups. I'm currently awaiting participation in the 500 hr. RDAP program. My goal is to get home to help my family and to stay out of trouble. Please if possible modify my sentence to reflect your intentions of A concurrent sentence beginning 7-2-98? Your help will be appreciated.

    Thank you,
    Rangi O. Knight

Inmate Name: David Wright
Register Number: 01008-748
Intensive Confinement Center
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
28 NOV 2005 PM 4 T

% Chief Judge Farnan
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570



19801357O C012