IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    :<br>                                                           :<br>       Plaintiff,                              :<br>                                                           :<br>v.                                                       :       Criminal Action No. 99-10-2-JJF<br>                                                           :<br>RANGI KNIGHT,                           :<br>                                                           :<br>       Defendant.                          : | |

**ORDER**

AND NOW, this _____ day of _____ 2008, upon consideration of Defendant's Motion for Retroactive Cocaine Base Sentencing Reduction, it is hereby ordered that the motion is GRANTED. The judgment is hereby amended to reflect a sentence of _____ months imprisonment. So as to assure that the Bureau of Prisons has the time necessary to establish a release plan for the defendant, this Order shall take effect within ten days of today's date.

By the Court,

_____
Honorable Joseph J. Farnan, Jr.
United States District Court