

FEB - 7 2008

To: Honorable Cheif Judge Farnan
From: Rangi A. Knight
Re: Amendment 9
Date:

    I am writing this letter in reference to the U.S. sentencing commisions amendment of the cocaine base penalties. The amendment has been voted to run retroactive beginning on March 3, 2008. Under the revised guidelines my offense level will drop to 30 from 32 for 50-150 grams of cocaine base.

    As of today I have served 9 years and 8 months for 100 grams of crack. You resentenced me in Febuary 2002 to 140 months and to reflect your intention of an concurrent sentence the term was reduced to 128 months.

    Since my incarceration I have completed several self help courses and substance abuse programs: Brave program, Blue printing reading, event management, anger management, 40 hour drug education, 500 hour RDAP, spirituality course, quality of sucess, marriage, victim impact, employment skills, parenting and release issues.

    Please modify my sentence under amendment 9 to the minimum mandatory term of 120 months. This will allow me an opportunity to reenter society now and assist my at risk child. I have decent employment opportunities and a few family members willing to help transition back into society.

David J. Knight #01108-748
Federal Correctional Institution
Cumberland D2
P.O. Box 1000
Cumberland, Md. 21501

US District Court of Delaware
Honorable Chief Judge Farnan
844 King St. Lockbox 27
Wilmington, DE. 19801